Case: 1:25-mj-00212
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 9/8/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1.      On Saturday, August 30, 2025, at approximately 2311 hours, uniformed members of the Metropolitan Police Department's ("MPD") Fifth District responded to the Azeeze-Bates apartment complex located at 1524 F St NE, Washington, D.C., for reports of a shooting. Upon arrival, officers located the complainant laying down and unable to move near the dumpsters in the northeast corner of the apartment complex. The complainant appeared to have sustained a gunshot wound to his neck and was transported to an area hospital for further treatment.

2.      At the scene, officers observed two pools of suspected blood near the victim, along with an electric scooter, black backpack, one black and white shoe, one multicolored (white, red, blue, black, yellow) shoe, various food items, and a black wallet. Medical debris was left behind following EMS transport of the complainant. Additionally, officers recovered one rimfire cartridge casing and one live round in the immediate area surrounding the crime scene.

3.      Officer Dylan Thrift arrived on scene and spoke with the complainant, who said he knew the individual who shot him by the street name "Tay," and described him as a black male, slightly shorter than himself.

4.      Detective Greenberg reviewed camera footage from the Eagle Eye Network cameras affixed to the exterior of several structures on the Azeeze-Bates complex. The camera labeled "1521 Front Doors" captured a partially obscured view of the offense. The footage is in color, has no sound, and bears an accurate time stamp. The footage is also motion activated, therefore there are some gaps in the footage where no motion is being detected. The following was learned from a review of the footage.

5.      At 23:08:17 hours – the suspect on the red City Bike rides northbound in the driveway toward the 1500 block of F St NE. As the suspect on the bike reaches the mouth of the driveway, the complainant walks eastbound into the driveway from F St NE.



6.      At 23:08:34 hours – the suspect gets off the bike and walks toward the complainant. The camera view is now partially obscured by a balcony; however, it appears the two individuals stand close to each other for several seconds.



7.      At 23:08:44 hours – the complainant falls to ground. The suspect quickly walks away and mounts the bike. He rides westbound in the 1500 block of F St NE out of frame. It should be noted that the video is of such a poor resolution and is taken from such a far distance that no objects can be seen in either party's hands, nor is there an observable muzzle flash.



8.      Detective Greenberg canvassed the area for cameras with potential views of the

offense location and located the following. Exterior cameras are mounted to the rear, side and front of 461 15th St NE. Detective Greenberg contacted the homeowner and reviewed the footage. The cameras are motion activated and did not capture any video during the time of the offense. Exterior camera are mounted on the front and rear of 459 15th St NE. Detective Greenberg contacted the homeowner. The cameras are motion activated and did not capture any video during the time of the offense.

9.      Your affiant reviewed the MPD crime camera located at 15th and Benning Road NE. At 23:09:48 hours, a suspect wearing dark clothing riding a red bicycle appears in the camera view riding northbound on 15th St NE towards the intersection of 15th and Benning Road NE.



10.      The suspect then crosses the intersection and continues northbound on Bladensburg Road NE.



11.    The suspect then makes a left turn continuing westbound on Morse St NE and exits the camera view.



12.    Detective Greenberg responded to the hospital and located the complainant in the emergency department. The complainant was intubated and could not be interviewed. The complainant was listed in critical condition, suffering from a gunshot wound to the right side of his neck. The complainant had an additional abrasion to the right side of his head. Hospital personnel advised that the complainant does not have sensation in his lower extremities and may be paralyzed.

13.    On the morning of Monday September 1, 2025, Detectives Greenberg and Crowley returned to the hospital and learned that, as a result of the shooting, the complainant was paralyzed in both legs and the right arm with only partial use of the left arm. The complainant was not intubated and was able to speak. The complainant told detectives he knows the individual who shot him and provided the name "Tay." The complainant did not know any

other identifying information for "Tay" and described him as a larger black male with dark skin. The complainant stated he and "Tay" see each other daily in and around Starburst Plaza located at Bladensburg Road and Maryland Ave NE. Approximately 1-2 weeks ago, he and "Tay" had an argument about the complainant's refusal to remain friends with "Tay" and "Tay's" girlfriend, "Gloria." The complainant stated Gloria's young child recently died, apparently due to neglect. The complainant stated he told "Tay" that he could not be friends with people who mistreat children, which caused "Tay" to become extremely irate.

14.    Approximately 2-3 days prior to the offense, the complainant saw "Tay" near Starburst Plaza and avoided contact but stated he could not be sure if "Tay" saw him.

15.    On the evening of the offense, the complainant stated he was walking from the gas station near Starburst Plaza (1500 Maryland Ave NE, Washington, D.C.) southbound on 15th St NE toward his friend's apartment at 1515 F St NE, Washington, D.C.

16.    As the complainant entered the Azeeze-Bates parking lot he "walked up on" "Tay" near the dumpsters. "Tay" stated "I'm gonna kill you," then produced a small black handgun and fired one round at the complainant. The complainant fell to the ground and witnessed "Tay" ride a red rental bicycle away from the scene, travelling northbound on 15th St NE, Washington, D.C., out of view.

17.    The complainant stated "Tay's" girlfriend "Gloria" lives on the second floor of the apartment building next to the gas station directly across Bladensburg Rd NE, Washington, D.C., from Starburst Plaza. Detective Greenberg showed the complainant a map of the area. After viewing the map, the complainant identified the building at 818 Bladensburg Rd NE, Washington, D.C., as "Gloria's" apartment complex.

18.    On September 1, 2025, your affiant conducted a law enforcement query of the

address "818 Bladensburg Road NE, Washington, D.C.," and searched for the name "Gloria." Your affiant located a Gloria Oliver, B/F, DOB: ███████, who resides at ████████████ ██████████████████████.

19.     Your affiant further located a death report of an infant from August 2, 2025 (CCN: 25117316) listing Gloria Oliver as the mother of the deceased infant. The infant's death occurred inside of ████████████████████████ Washington, D.C. The case (CCN: 25117316) is currently being investigated by MPD's Special Victims Unit. At the time of this affidavit, the D.C. Office of the Chief Medical Examiner ("OCME") has not made a determination as to the cause and manner of death of the infant.

20.     Your affiant also located a Family Disturbance report from August 20, 2025 (CCN: 25126746) listing Gloria Oliver as the significant other of Donte PHILSON B/M DOB: ███████. The report was taken inside of ████████████████████████, Washington D.C. When officers arrived on the scene, PHILSON was inside of ████████████████████ Washington D.C., and answered the door for officers and let them into the unit.

21.     Your affiant conducted additional research into PHILSON and discovered that he is dark complexion and listed between 5'10"-6'1" in height and between 210-240 pounds which generally matches the physical description of the suspect provided by the complainant.

22.     Your affiant reviewed MPD body worn camera ("BWC") footage from the date of the shooting. On Officer Thrift's BWC (at approximately the 23:22 – 23:24 minute mark), the complainant answered "yes" when asked if he knew who shot him and then gave the nickname "Tay" as the shooter.

23.     On Wednesday, September 3, 2025, your affiant and Detective Thomas Webb traveled to the hospital to speak with the complainant. Detectives spoke with the complainant's

medical team and they stated that the complainant was currently on pain medication and an IV for fluids and electrolytes. The complainant was intubated and was not able to expound on answers but had the ability to understand what was being said and could nod his head up and down/side to side to indicate a yes or no response.

24.    Detective Webb asked the complainant if he was friends with "Tay" and if he would see him often. The complainant nodded yes. Detective Webb asked the complainant if he has ever been to "Tay's" house and the complainant nodded yes. The complainant was asked if "Tay" and "Gloria" live together and the complainant nodded yes. The complainant was asked if they (Tay and Gloria) had recently lost a child and the complainant nodded yes. The complainant was asked if the "beef" between he and "Tay" was about a statement he made to "Tay" about the baby being lost. The complainant nodded yes and tried to speak. Your affiant asked the complainant if he said that "Gloria" had just lost a child, possibly due to neglect; that the complainant made a comment he didn't want to be friends with them any more due to this fact; and that the complainant believes that is why "Tay" shot him. The complainant continuously nodded yes throughout these questions.

25.    At 0940 hours, your affiant presented the complainant with a single color confirmation photograph of Gloria Oliver and asked the complainant if this is "Gloria." The complainant nodded yes. Your affiant asked the complainant if "Gloria" was "Tay's" girlfriend and if he had ever been inside of GLORIA's apartment at 818 Bladensburg Road NE, Washington, D.C. and the complainant nodded yes.  Detective Webb asked if their apartment is on the second floor and the complainant nodded yes.

26.    At 0940 hours, your affiant then presented the complainant with a single-color confirmation photograph of PHILSON and asked, "Is this the person you know as "Tay,"

Gloria's boyfriend. The complainant nodded yes. Your affiant then asked the complainant "is "Tay" the person who shot you?" and the complainant nodded yes.

27.    Based on all of the facts outlined above, your affiant respectfully submits that PHILSON was the subject who shot and paralyzed the complainant on August 30, 2025.

28.    A review of PHILSON's criminal history revealed that PHILSON was previously convicted in D.C. Superior Court (2020 CF3 009410) of: Assault with Significant Bodily Injury and sentenced to 18 months and 15 days of incarceration.

29.    As such, your affiant respectfully submits that there is probable cause to find that on August 30, 2025, in the District of Columbia, PHILSON, committed the offense of Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

30.    Your Affiant also respectfully submits that there is probable cause to find that on August 30, 2025, in the District of Columbia, PHILSON, committed the offenses of: (i) Assault with Intent to Kill While Armed, in violation of D.C. Code §§ 22-401 and 4502; and (ii) Possession of a Firearm During a Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b).

_____
Detective Marcus Talley, ATF Task Force Officer
Metropolitan Police Department, Washington, D.C.


SWORN AND SUBSCRIBED BEFORE ME ON SEPTEMBER 8, 2025.


_____
Honorable Matthew J. Sharbaugh
United States Magistrate Judge